UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME THOMAS, II, | No. C 08-3901 MHP (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| CALIFORNIA BOARD OF PAROLE HEARINGS, | |
| Respondent. | |

The petition for a writ of habeas corpus is dismissed because petitioner has not shown that his parole term violates the Constitution, laws or treaties of the United States, or that a shortened parole term is an available remedy for a due process violation at his parole suitability proceedings.

IT IS SO ORDERED AND ADJUDGED.

DATED: November 5, 2010

Marilyn Hall Patel
United States District Judge